HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JULIO CESAR ELIZALDE-AISPURO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>           v.<br><br>JULIO CESAR ELIZALDE-AISPURO,<br><br>                     Defendant. | No. Cr. S 10-96-03 WBS<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable WILLIAM B. SHUBB |

Defendant, JULIO CESAR ELIZALDE-AISPURO by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On July 8, 2011, this Court sentenced Mr. Elizalde-Aispuro to a term of 70 months imprisonment;

3. His total offense level was 27, his criminal history category was I, and the resulting guideline range was 70 to 87 months;

Stipulation and Order Re: Sentence Reduction                    1

4. The sentencing range applicable to Mr. Elizalde-Aispuro was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Elizalde-Aispuro's total offense level has been reduced from 27 to 26, and his amended guideline range is 63 to 78 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Elizalde-Aispuro's term of imprisonment to a total term of 63 months.

Respectfully submitted,

| | |
|---|---|
| Dated: March 10, 2015 | Dated: March 10, 2015 |
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>JULIO CESAR ELIZALDE-AISPURO |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Elizalde-Aispuro is entitled to the benefit Amendment 782, which reduces the total offense level from 27 to 26, resulting in an amended guideline range of 63 to 78 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in July 2011 is reduced to a term of 63 months.

IT IS FURTHER ORDERED that all other terms and provisions of the amended judgment remain in effect.

The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Elizalde-Aispuro shall report to the United States Probation Office within seventy-two hours after his release.

Dated: March 12, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order Re: Sentence Reduction         3